

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DI~~~~~

Barbara Coe )
_____ )
_____ )
(Name of the plaintiff or plaintiffs) )
       v. )
Local 1 Union SEIU )
Amuria Premier Security )
_____ )
(Name of the defendant or defendants) )

08CV3654
JUDGE GOTTSCHALL
MAGISTRATE JUDGE COX

CIVIL ACTION

NO. _____

RECEIVED
Jun 26, 2008
JUN 2 6 2008  TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is  Barbara Coe  of the county of  Cook  in the state of  Illinois .

3. The defendant is  Local 1 Union , whose street address is  111 E. Warker Dr. ,
(city) Chicago  (county) Cook  (state) IL  (ZIP) _____
(Defendant's telephone number)  (___) - _____

4. The plaintiff sought employment or was employed by the defendant at (street address)
 10 S. Dearborn   (city) Chicago 
(county) Cook  (state) IL  (ZIP code) 60602 

5. The plaintiff [check one box]

   (a) ☐  was denied employment by the defendant.

   (b) ☐  was hired and is still employed by the defendant.

   (c) ☒  was employed but is no longer employed by the defendant.

8.  *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

    (a)☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

    (b)☐ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month)_____ (day)_____ (year)_____ a copy of which *Notice* is attached to this complaint.

9.  The defendant discriminated against the plaintiff because of the plaintiff's *[check only those that apply]*:

    (a)☐ Age (Age Discrimination Employment Act).
    (b)☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
    (c)☐ Disability (Americans with Disabilities Act or Rehabilitation Act)
    (d)☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
    (e)☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
    (f)☐ Religion (Title VII of the Civil Rights Act of 1964)
    (g)☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant *[check only those that apply]*

    (a)☐ failed to hire the plaintiff.
    (b)☒ terminated the plaintiff's employment.
    (c)☐ failed to promote the plaintiff.

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                            *Signature of Server*

                                          _____
                                                  *Address of Server*

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify): Defendant Local 1 SEIU AFL-CIO Failed to comply with grievance procedure, And to take (Barbara Coe) Plaintiff to the First step of collective Bargaining agreement Breech of Contract

13. The facts supporting the plaintiff's claim of discrimination are as follows:

_____
_____
_____
_____
_____
_____

14. [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☐ YES  ☒ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☒ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐ Direct the defendant to (specify): Compensation To Paid For The Time Lost. Amount of 30,000 dollars And future Lost, Relief for Pain.

_____

_____

_____

(g) ☐ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☐ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)
Barbara Coe

(Plaintiff's name)
Barbara Coe

(Plaintiff's street address)
1701 W. 89th St

(City) Chicago   (State) Il.   (ZIP) 60620
(Plaintiff's telephone number) (773) - 721 0672

Date: 6-25-08