

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: **Barbara A. Coe**
(Please print)

STREET ADDRESS: **1701 W 89th St**

CITY/STATE/ZIP: **Chicago  Il  60620**

PHONE NUMBER: **773-727 0672**

CASE NUMBER: **08CV3654**
**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE COX**

_Barbara Coe_            6-24-08
Signature                  Date

# FILED

JUN 2 6 2008  TC
Jun 26, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT