

10/10/2007

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

### IN FORMA PAUPERIS APPLICATION
### AND
### FINANCIAL AFFIDAVIT

*Barbara Coe*
Plaintiff

v.

*Local 1, Union SEIU AFL-CIO*
*America Premier Security*
Defendant(s)

**08CV3654**

# JUDGE GOTTSCHALL
## MAGISTRATE JUDGE COX

*Wherever ☐ is included, please place an X into whichever box applies. Where more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, _Barbara Coe_____, declare that I am the ☒plaintiff ☒petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?          ☐Yes     ☒No     (If "No," go to Question 2)
   I.D. #_____ Name of prison or jail: _____
   Do you receive any payment from the institution? ☐Yes ☐No   Monthly amount:_____

2. Are you currently employed?          ☐Yes     ☒No
   Monthly salary or wages:_____
   Name and address of employer: _____

   a.  If the answer is "No":
       Date of last employment:_____
       Monthly salary or wages:_____
       Name and address of last employer:_____

   b.  Are you married?          ☐Yes     ☒No
       Spouse's monthly salary or wages:_____
       Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a.  Salary or wages                                    ☐Yes     ☒No
   Amount_____ Received by_____

**F I L E D**

JUN 2 6 2008  TC
Jun 26, 2008
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

b.    ☐ Business, ☐ profession or ☐ other self-employment          ☐Yes          ☐No
Amount_____ Received by _____

c.    ☒ Rent payments, ☐ interest or ☐ dividends                  ☒Yes          ☐No
Amount____ 650.00 _____ Received by _____

d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☒ workers'
      compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
      Amount____ 385.00 _____ Received by _____ ☒Yes    ☐No

e.    ☐ Gifts or ☐ inheritances                                   ☐Yes          ☐No
Amount_____ Received by _____

f.    ☐Any other sources (state source:_____ )        ☐Yes          ☐No
Amount_____ Received by _____

4.    Do you or anyone else living at the same residence have more than $200 in cash or checking or
      savings accounts?          ☐Yes    ☒No          Total amount:_____
      In whose name held:_____ Relationship to you:_____

5.    Do you or anyone else living at the same residence own any stocks, bonds, securities or other
      financial instruments?                                      ☐Yes          ☒No
      Property:_____ Current Value:_____
      In whose name held:_____ Relationship to you:_____

6.    Do you or anyone else living at the same residence own any real estate (houses, apartments,
      condominiums, cooperatives, two–flats, three–flats, etc.)?  ☐Yes          ☒No
      Address of property:_____
      Type of property:_____ Current value:_____
      In whose name held:_____ Relationship to you:_____
      Amount of monthly mortgage or loan payments:_____
      Name of person making payments:_____

7.    Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile
      homes or other items of personal property with a current market value of more than $1000?
                                                                  ☐Yes          ☒No
      Property:_____
      Current value:_____
      In whose name held:_____ Relationship to you:_____

8.    List the persons <u>who are dependent on you for support</u>, state your relationship to each person and
      indicate how much you contribute monthly to their support.  If none, check here ☒No dependents

      _____
      _____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _6 - 25 - 08_

_Barbara Coe_
Signature of Applicant

_Barbara Coe_
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.#_____, has the sum of

$_____ on account to his/her credit at (name of institution)_____.

I further certify that the applicant has the following securities to his/her credit:_____. I further

certify that during the past six months the applicant's average monthly deposit was $_____.

(Add all deposits from all sources and then divide by number of months).

---

_____          _____
        DATE                      SIGNATURE OF AUTHORIZED OFFICER

                              _____
                                        (Print name)

rev. 10/10/2007