# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3654 | **DATE** | 8/4/2008 |
| **CASE TITLE** | Barbara Coe vs. Local 1 Union SEIU & American Premier Security | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, the plaintiff's motion for leave to proceed *in forma pauperis* [4] is granted. The plaintiff must provide address information to the U.S. Marshals to enable service of the Amended Complaint on the defendants. The clerk is ordered to issue summons and the U.S. Marshals shall then serve the Amended Complaint [7] on the defendants.

■[ For further details see text below.]

Docketing to mail notices.

## STATEMENT

Plaintiff, Barbara Coe ("Coe"), filed an Amended Complaint pursuant to this court's order of July 11, 2008. Coe alleges that her former employer and union failed to follow guidelines in the collective bargaining agreement (the "Agreement") when she was terminated from her job. Specifically, she alleges that the union failed to follow Article III, § 1 of the Agreement, which states: "The right to discipline and discharge for cause shall be vested solely in the Employer but, except for probationary employees, the Union shall have the right to investigate the reasons therefore and to process grievances protesting such action through the grievance procedure." Article XVIII of the Agreement lays out the grievance procedures and states that a grievance must be presented within ten days of the event giving rise to the grievance. Coe alleges that the union failed to inform her of the grievance procedures until the time to file a grievance had passed and that the employer failed to provide her with a written notice of action to inform her of the adverse action against her. Because Coe is a *pro se* plaintiff, the court must liberally construe the allegations. *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972). The court construes Coe's claim as a "hybrid section 301/fair representation suit" under § 301 of the Labor Management Relations Act, 29 U.S.C. § 185, and § 8(b) and § 9(a) of the National Labor Relations Act, *id.* § 158(b), § 159(b). *See Neal v. Newspaper Holdings, Inc.*, 349 F.3d 363, 365 (7th Cir. 2003). This court therefore has subject matter jurisdiction. Coe's motion to proceed *in forma pauperis* discloses that she is not currently employed, receives $385 a month in worker's compensation benefits and $650 a month in rent, and has no assets. The court grants Coe's application finding that she lacks resources to pay the filing fee. The U.S. Marshals will serve the Amended Complaint on the defendants, but Coe must provide address information for the defendants.

| | Courtroom Deputy Initials: | DAM/RJ |
|---|---|---|